AO 458 (Rev. 10/95) Appearance

# United States District Court

__WESTERN__ DISTRICT OF __OKLAHOMA__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD HASTINGS,
   a/k/a "D-Dog, D-Loc"

    Defendant.

APPEARANCE

CASE NUMBER: M-08-227-P

**FILED**

DEC 0 9 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff, United States of America.

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

__12-9-08__
*Date*

*Signature* (Leslie M. Maye)

LESLIE M. MAYE      4583
***Print Name***      ***Bar Number***

210 Park Avenue, Suite 400
***Address***

Oklahoma City, Oklahoma 73102
***City***    ***State***    ***Zip Code***

(405) 553-8846
***Phone Number***

(405) 553-8888
***Fax Number***
Leslie.Maye@usdoj.gov
***Email Address***

## CERTIFICATE OF SERVICE

      I hereby certify that on December __9__, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  No parties of interest at this time.

*/s/ Leslie M. Maye*
LESLIE M. MAYE
Assistant U.S. Attorney